BRINNAMAN *v*. GROVER.

Where a party against whom a judgment has been rendered before a justice of the peace for less than five dollars, appeals to the Circuit or Common Pleas Court, and there obtains a verdict in his favor, he is entitled to recover his costs.

APPEAL from the *Wells* Circuit Court.

*Saturday,*
*June 8.*

WORDEN, J.—There is no question in this case, except as to costs.

*Grover* sued *Brinnaman* on an account, before a justice of the peace. *Brinnaman* filed an account as a set-off. On the trial before the justice, judgment was rendered in favor of *Brinnaman*, the defendant, for one dollar and ninety-six cents. *Grover* appealed, and in the Circuit Court recovered a verdict and judgment for one dollar and fifty cents, and costs. *Brinnaman* moved to tax the costs in the Circuit Court to the plaintiff, *Grover*, but the motion was overruled, and he excepted. The costs amount to $195 and sixteen cents. The entire amount for which *Grover* sued was only five dollars and seventy-six cents, and the entire amount of *Brinnaman's* set-off is only twelve dollars and ninety-one cents. The amount of the costs in this case, compared with the trifling amount involved in the litigation, suggests to litigants the eminent propriety of letting such cases rest with the determination of the justice; a tribunal organized in every township for the purpose, among other things, of hearing and determining claims of small amount, and before whom, in such cases, great injustice is seldom if ever committed.

The question as to costs depends upon the construction to be given to § 70 of the Justices' Act, 2 R. S. 1852, p. 464. It provides, that " Costs shall follow judgment in the Court of Common Pleas, or Circuit Court, on appeals, with the following exceptions :

" *First*. If either party against whom judgment has been rendered, appeal and reduce the judgment against him five dollars or more, he shall recover his costs in the Court of Common Pleas, or Circuit Court, when the appellant appeared before the justice.

May Term,
1861.

BRINNAMAN
v.
GROVER.

"*Second.* If either party in whose favor judgment has been rendered, appeal and do not recover at least five dollars more than he recovered before the justice, the appellee shall recover his costs in the Court of Common Pleas or Circuit Court."

The appellant claims that this case comes within the first class of exceptions, and that although the language there employed is affirmative, yet that the clause contains a negative restriction on the right of the party appealing to recover costs, unless he has reduced the judgment from which he appeals five dollars or more. This construction, we think, can not be adopted. True, if a party appeals from a judgment against him and reduces it five dollars, he shall recover costs, but it does not therefore follow that if he fail to make such reduc tion he shall in no case recover costs. Now, to illustrate, suppose judgment be rendered against a man before a justice for four dollars and ninety-nine cents, from which he appeals, and in the appellate Court he obtains a general verdict. and judgment; in such case it can not be doubted that he is entitled to costs, not because he has reduced the judgment five dollars, for that he could not do, but because he has obtained judgment, and the costs follow by the terms of the law. The construction contended for would, it seems to us, deprive a party of the right to recover costs in all cases where he appealed from a judgment of less than five dollars, although in the appellate Court he obtained a judgment in his favor. In this case, we have seen that before the justice *Brinnaman* recovered judgment against *Grover* for a sum less than five dollars. *Grover* appealed, and in the Circuit Court recovered judgment against *Brinnaman.* We are of opinion that *Grover* was entitled to costs; not upon the principle of a reduction of the judgment, but because he *recovered* judgment.

*Per Curiam.*—The judgment below is affirmed, with costs.

*L. M. Ninde*, and *H. W. Puckett*, for the appellant.

*M. Jenkinson*, for the appellee.